| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Willams, Mary Ellen C. | 2. Court or Organization US Court of Federal Claims | 3. Date of Report 10/18/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address 717 Madison Place, N.W. Suite 612 Washington, DC 20439 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Content Advisory Board | ABA Section of Intellectual Property Law |
| 2. | Council Member, Section Delegate | ABA Section of Public Contract Law |
| 3. | Member - Board of Visitors | Duke University School of Law |
| 4. | Adjunct Professor | Johns Hopkins University |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-employed - Financial Advisor |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA and Administrative Office of the U.S. Courts | 2/8/2015-2/10/2015 | Houston, TX | ABA Mid-year Meeting | Lodging/Transportation/Food |
| 2. | Duke University School of Law | 4/16/2015-4/18/2015 | Durham, NC | Board of Visitors Spring Meeting | Lodging/Transportation/Food |
| 3. | ABA and Administrative Office of the U.S. Courts | 7/30/2015-8/4/2015 | Chicago, IL | ABA Annual Meeting | Lodging/Transportation/Food |
| 4. | Federal Judicial Center | 8/23/2015-8/26/2015 | Denver, CO | Managing Complex Litigation Workshop | Lodging/Transportation/Food |
| 5. | Federal Judicial Center | 10/13/2015-10/15/2015 | New Orleans, LA | E-Discovery Workshop | Lodging/Transportation/Food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 10/18/2016 |

| 6. | ABA and Administrative Office of the U.S. Courts | 11/13/2015-11/14/2015 | Charleston, SC | ABA Public Contract Fall Council Meeting | Lodging/Transportation/Food |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Time Warner Common Stock (TWX) | A | Dividend | J | T | | | | | |
| 2. Time Warner Cable (TWC) | A | Dividend | J | T | | | | | |
| 3. Time Inc. New | A | Dividend | J | T | | | | | |
| 4. AOL | A | Dividend | J | T | Sold | 06/23/15 | J | A | |
| 5. Abbott Lab Common Stock (ABVIE) | A | Dividend | J | T | | | | | |
| 6. Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 7. Wells Fargo Checking | A | Interest | K | T | | | | | |
| 8. 6/10/91 Irrevocable Ins. Trust #1 Beneficiary | | None | N | T | | | | | |
| 9. 6/10/91 Irrecovcable Ins. Trust #2 Beneficiary | | None | N | T | | | | | |
| 10. Riversource Variable Universal Life Ins. | | None | M | T | | | | | |
| 11. -Fixed Account | | | J | T | | | | | |
| 12. -VP Aggressive Class 4 | | | L | T | | | | | |
| 13. Riversource Variable Universal Life Ins. | | None | L | T | | | | | |
| 14. -Fixed Account | | | J | T | | | | | |
| 15. -VP Mod Aggressive Class 4 | | | M | T | | | | | |
| 16. Wells Fargo (MM) | A | Interest | K | T | | | | | |
| 17. Wells Fargo Checking | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Adv. Level Co. Stock-A (FLSAX) | A | Dividend | K | T | | | | | |
| 19. Fidelity Adv. Stock Sel. Cap Cl. A (FMAMX) | A | Dividend | L | T | | | | | |
| 20. Fidelity Adv. Diverse Int'l-A (FDVAX) | A | Dividend | J | T | | | | | |
| 21. RVS Variable Annuity (IRA) Navigator-VP-MOD. AGG. PORT. | A | Dividend | N | T | | | | | |
| 22. Ameriprise MM | A | Interest | K | T | | | | | |
| 23. Ameriprise Cash | A | Interest | J | T | | | | | |
| 24. Pimco Income Cl. A (PONAX) | D | Interest | M | T | Sold (part) | 10/01/15 | J | A | |
| 25. Invesco Endeavor (ATDAX) | C | Dividend | | | Sold | 01/30/15 | L | C | |
| 26. Invesco Convertible (CNSAX) | A | Dividend | | | Sold | 01/30/15 | K | A | |
| 27. First Eagle Overseas Cl. A (SGOVX) | B | Dividend | | | Sold | 01/30/15 | M | A | |
| 28. Ivy Micro Cap Growth Cl. A (IGWAX) | A | Dividend | | | Sold | 01/30/15 | K | A | |
| 29. Managers Yacktman (YAFFX) | A | Dividend | | | Sold | 01/30/15 | M | E | |
| 30. Putnam Cap Opp.ys Cl. A (PCOAX) | A | Dividend | | | Sold | 02/02/15 | L | C | |
| 31. Ridgeworth Agressive Growth STK Cl. A (SAGAX) | A | Dividend | | | Sold | 01/30/15 | K | A | |
| 32. Sun America Focu Div Strategy (FDSAX) | A | Dividend | | | Sold | 01/30/15 | K | A | |
| 33. Virtus Emerging Markets Opp.y Cl. A. (HEMZX) | A | Dividend | | | Sold | 01/30/15 | J | A | |
| 34. Wells Fargo Advantage Premier Large Co (EKJAX) | E | Dividend | | | Sold | 01/30/15 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ameriprise (AMP) | A | Dividend | K | T | | | | | |
| 36. Nuveen Core Div Cl. A (NCDAX) | A | Dividend | K | T | | | | | |
| 37. Catalyst Insider Buying CLA (INSAX) | A | Dividend | K | T | | | | | |
| 38. Abbvie Inc (ABBV) | A | Dividend | K | T | Buy | 02/04/15 | K | | |
| 39. Altria Group Inc (MO) | B | Dividend | K | T | Buy | 02/04/15 | K | | |
| 40. Ares Capital Corp (ARCC) | B | Dividend | K | T | Buy | 02/04/15 | K | | |
| 41. BCE Inc New (BCE) | A | Dividend | K | T | Buy | 02/04/15 | K | | |
| 42. Bemis Company Inc (BMS) | A | Dividend | | | Buy | 02/04/15 | K | | |
| 43. Bristol Myers Squibb Co (BMY) | B | Dividend | | | Buy | 02/04/15 | K | | |
| 44. ConocoPhillips (COP) | | None | | | Buy | 02/04/15 | K | | |
| 45. Deutsche MSCI Europe ETF (DBEU) | A | Dividend | K | T | Buy | 02/04/15 | L | | |
| 46. FT NYSE ARCA Biotech ETF (FBT) | C | Dividend | L | T | Buy | 02/04/15 | L | | |
| 47. General Electric Company (GE) | D | Dividend | K | T | Buy | 02/04/15 | K | | |
| 48. GS MLP Energy Infra A (GLPAX) | | None | | | Buy | 02/04/15 | J | | |
| 49. Hasbro Inc (HAS) | D | Dividend | | | Buy | 02/04/15 | K | | |
| 50. HollyFrontier Corp (HFC) | B | Dividend | | | Buy | 02/04/15 | K | | |
| 51. Home Depot Inc (HD) | B | Dividend | | | Buy | 02/04/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Invesco Ltd (IVZ) | | None | K | T | Buy | 02/04/15 | K | | |
| 53. Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy | 02/04/15 | K | | |
| 54. Kinder Morgan Inc DE (KMI) | | None | | | Buy | 02/04/15 | K | | |
| 55. Kimberly Clark Corp (KMB) | C | Dividend | K | T | Buy | 02/04/15 | K | | |
| 56. Koninklijke Philips New (PHG) | | None | K | T | Buy | 02/04/15 | K | | |
| 57. Merck & Company Inc New (MRK) | | None | K | T | Buy | 02/04/15 | K | | |
| 58. NRG Yield Inc A | | None | | | Buy | 02/04/15 | K | | |
| 59. National Grid PLC ADR (NGG) | | None | K | T | Buy | 02/04/15 | K | | |
| 60. Omega Healthcare (OHI) | | None | | | Buy | 02/04/15 | K | | |
| 61. Paychex Inc (PAYX) | B | Dividend | K | T | Buy | 02/04/15 | K | | |
| 62. PWRSH QQQ ETF (QQQ) | C | Dividend | L | T | Buy | 02/04/15 | L | | |
| 63. Procter & Gamble Company (PG) | | None | | | Buy | 02/04/15 | K | | |
| 64. Realty Income Corp (O) | | None | K | T | Buy | 02/04/15 | K | | |
| 65. Finl Sel Sect SPDR ETF (XLF) | A | Dividend | K | T | Buy | 02/04/15 | K | | |
| 66. Wells Fargo & Co New (WFC) | A | Dividend | K | T | Buy | 02/04/15 | K | | |
| 67. GS MLP Energy Infra A (GLPAX) | | None | | | Buy | 02/09/15 | K | | |
| 68. Bemis Company Inc (BMS) | | | | | Sold | 04/01/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Bristol Myers Squibb Co (BMY) | | | | | Sold | 04/01/15 | K | A | |
| 70. | Dominion Res Inc VA New (D) | | None | K | T | Buy | 04/01/15 | K | | |
| 71. | FT NYSE ARCA Biotech ETF (FTB) | C | Dividend | L | T | Buy (add'l) | 04/01/15 | J | | |
| 72. | GlaxoSmithKline PLC ADR (GSK) | | None | K | T | Buy | 04/01/15 | K | | |
| 73. | HollyFrontier Corp (HFC) | | | | | Sold | 04/01/15 | K | A | |
| 74. | Home Depot Inc (HD) | | | | | Sold | 04/01/15 | K | B | |
| 75. | Maxim Integrated Prods (MXIM) | B | Dividend | K | T | Buy | 04/01/15 | K | | |
| 76. | Nucor Corp (NUE) | | None | K | T | Buy | 04/01/15 | K | | |
| 77. | Hasbro Inc (HAS) | D | Dividend | | | Sold | 07/01/15 | K | D | |
| 78. | Host Hotels & Resorts Inc (HST) | | None | K | T | Buy | 07/01/15 | K | | |
| 79. | Omega Healthcare (OHI) | | | | | Sold | 07/01/15 | K | | |
| 80. | Hlthcr Sel Sect SPDR ETF (XLV) | | None | J | T | Buy | 07/01/15 | J | | |
| 81. | United Bankshares Inc WV (UBSI) | | None | K | T | Buy | 07/01/15 | K | | |
| 82. | Clorox Company (CLX) | B | Dividend | K | T | Buy | 10/01/15 | K | | |
| 83. | ConocoPhillips (CO) | | | | | Sold | 10/01/15 | K | | |
| 84. | Cracker Barrel Old Ctry (CBRL) | | None | K | T | Buy | 10/01/15 | K | | |
| 85. | NRG Yield Inc A | | | | | Sold | 10/01/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Procter & Gamble Company (PG) | | | | | Sold | 10/01/15 | K | | |
| 87. Target Corp (TGT) | | None | K | T | Buy | 10/01/15 | K | | |
| 88. GS MLP Energy Infra A (GLPAX) | | | | | Sold | 12/09/15 | J | | |
| 89. Kinder Morgan Inc DE (KMI) | | | | | Sold | 12/09/15 | J | | |
| 90. Deutsche MSCI Europe ETF (DBEU) | | | K | T | Sold (part) | 12/31/15 | J | | |
| 91. FT NYSE ARCA Biotech ETF (FBT) | C | Dividend | L | T | Sold (part) | 12/31/15 | J | | |
| 92. Finl Sel Sect SPDR ETF (XLF) | A | Dividend | K | T | Sold (part) | 12/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 10/18/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, entry # 4 - AOL was bought by Verizon in June of 2015. AOL shareholders with small positions were given cash for AOL shares.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Ellen C. Willams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544